UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**BOBBY PATRICK**                                                                 **PLAINTIFF**

**V.**                              **CIVIL CAUSE NO.  3:09cv311 HTW-LRA**

**KOCH FOODS OF MISSISSIPPI, LLC**                              **DEFENDANT**

### JUDGMENT OF DISMISSAL WITH PREJUDICE

**COME NOW** Bobby Patrick and Koch Foods of Mississippi, LLC,, by and through their attorneys of record and pursuant to Rule 41(a)(2)(ii) of the Federal Rules of Civil Procedure, and dismiss the Complaint filed herein with prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that this case be and is hereby dismissed with prejudice with each party to bear his or its own costs.

**SO ORDERED AND ADJUDGED**, this the 16th day of February, 2010.

                                                            **s/ HENRY T. WINGATE**
                                                            **CHIEF JUDGE**
                                                             **UNITED STATES DISTRICT COURT**

Agreed to and approved as to Form:

/s/ Victoria J. Prince
Victoria J. Prince, MB # 103090
Attorney for Plaintiff

/s/ Joseph E. Lotterhos
Joseph E. Lotterhos, MB # 1438
Attorney for Defendant